■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. BUCKMASTER, Appellant. [779 NYS2d 690]—Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered August 5, 2002. The judgment convicted defendant, after a jury trial, of sodomy in the first degree, attempted rape in the first degree, sexual abuse in the first degree, and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, after a jury trial, of sodomy in the first degree (Penal Law former § 130.50 [3]), attempted rape in the first degree (§§ 110.00, 130.35 [3]), sexual abuse in the first degree (§ 130.65 [3]), and endangering the welfare of a child (§ 260.10). Contrary to defendant's contention, defense counsel provided meaningful representation (*see People v Baldi*, 54 NY2d 137, 147 [1981];

*People v Phelps*, 4 AD3d 863 [2004]; *People v Kelly*, 309 AD2d 1149, 1150 [2003], *lv denied* 1 NY3d 575 [2003]; *see also People v Cuttler*, 270 AD2d 654 [2000], *lv denied* 95 NY2d 795 [2000]). Because defendant did not move to dismiss at the close of the People's case, his legal insufficiency argument is not preserved for our review (*see People v Gray*, 86 NY2d 10, 19 [1995]). The verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]), and the sentence is not unduly harsh or severe. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.